**FILED**
December 30, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )      Case No. 2:14-MJ-00302-DAD-1
          Plaintiff, )
v.                                )      ORDER FOR RELEASE OF
                                          )      PERSON IN CUSTODY
DAMON LEE DAVIS, )
                                          )
          Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release DAMON LEE DAVIS, Case No. 2:14-MJ-00302-DAD-1, Charge Title 18 U.S.C. § 3583, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of $__

              __    Unsecured Appearance Bond

              __    Appearance Bond with 10% Deposit

              __    Appearance Bond with Surety

              __    Corporate Surety Bail Bond

      ✔    (Other)     All previously imposed conditions of supervised release remain in full force and effect.

Issued at Sacramento, CA on December 30, 2014 at 2:50 pm.

                                            By    /s/ Dale A. Drozd
                                                         Dale A. Drozd
                                                         United States Magistrate Judge